UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN HOFFMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CORNING POLICE DEPARTMENT, et al.,<br><br>　　　　　Defendants. | No. 2:14-cv-2736 MCE KJN P<br><br><br>ORDER |

　　　　Plaintiff, a former county prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.  On January 21, 2016, plaintiff was ordered to show cause why the court should not impose sanctions based on her late filing.  On February 1, 2016, plaintiff filed a response indicating that her delay was due to the holidays which prevented her from obtaining needed legal assistance, but that she filed her opposition as soon as she obtained such assistance. Plaintiff argues that the brief delay did not prejudice defendants.

　　　　Good cause appearing, the court discharges the order to show cause without imposing sanctions, and grants plaintiff an extension of time, *nunc pro tunc*, to oppose defendants' motion. The January 19, 2016 opposition is deemed timely filed, and defendants are granted an extension of time in which to file a reply.  However, plaintiff is cautioned that in the future, she should request an extension of time in which to meet a court deadline rather than disregard the deadline. Failure to comply with court orders can result in the dismissal of the case.  Fed. R. Civ. P. 41(b).

Accordingly, IT IS HEREBY ORDERED that:

1. The January 21, 2016 order to show cause (ECF No. 32) is discharged;

2. Plaintiff's January 19, 2016 opposition (ECF No. 31) is deemed timely filed; and

3. Defendants may file a reply within fourteen days from the date of this order.

Dated: February 16, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

hoff2736.dscg