KEVIN J. DEHOFF, ESQ., SB No. 252106
  Email:  kdehoff@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants JUSTIN JOURDAN, TIFFANY HILL, CRAIG BASSETT, and JEREMIAH FEARS

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN LEE HOFFMANN | Case No.: 2:14-cv-02736-MCE-KJN |
| Plaintiff, | |
| vs. | **DEFENDANTS JUSTIN JOURDAN, TIFFANY HILL, CRAIG BASSETT AND JEREMIAH FEARS' ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT AND DEMAND FOR A JURY TRIAL** |
| JUSTIN JOURDAN, TIFFANY HILL, SGT. CRAIG BASSETT, and SGT. JEREMIAH FEARS, | |
| Defendants. | |

### ANSWER

COMES NOW Defendants JUSTIN JOURDAN, TIFFANY HILL, CRAIG BASSETT, and JEREMIAH FEARS (hereinafter "Defendants") who do generally, specifically, disjunctively, and conjunctively deny every allegation in Plaintiff ROBIN LEE HOFFMAN'S Third Amended Complaint filed on November 24, 2015, except as to allegations that they specifically admit in this Answer.

1.      Answering paragraph 1, admit that Robin Lee Hoffmann is the Plaintiff in this action. With the exception of said admission, Defendants are without knowledge or information

DEFENDANTS JUSTIN JOURDAN, TIFFANY HILL, CRAIG BASSETT AND JEREMIAH FEARS' ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT AND DEMAND FOR A JURY TRIAL

1   sufficient to form a belief as to the truth of the remaining allegations contained in ¶1, and on that

2   basis, denies such allegations.

3          2.       Answering paragraph 2, admit.

4          3.       Answering paragraph 3, admit.

5          4.       Answering paragraph 4, admit that Defendants were employees of the City of

6   Corning at the time of the incident that gave rise to this lawsuit.  Deny the remaining allegations

7   in ¶4.

8          5.       Answering paragraph 5, admit that the Defendants were working for the City of

9   Corning and acted within the scope of their employment regarding the matters alleged. Except as

10   expressly admitted, deny the remaining allegations of ¶5.

11          6.       Answering paragraph 6, admit.

12          7.       Answering paragraph 7, Defendants deny that DOES are properly named in this

13   lawsuit.  Defendants deny the remaining allegations for lack of sufficient information and belief.

14          8.       Answering paragraph 8, Defendants deny that DOES are properly named in this

15   lawsuit. Defendants deny the allegations for lack of sufficient information and belief.

16                                  **GENERAL ALLEGATIONS**

17          a.       Answering paragraph a, Defendants admit jurisdiction.

18          b.       Answering paragraph b, Defendants admit supplemental jurisdiction over the

19   remaining states law claims for assault and battery.

20          c.       Answering paragraph c, Defendants admit venue. With the exception of said

21   admission, Defendants expressly deny that Plaintiff has sustained any injury, damage, or loss by

22   reason of any act, omission, or negligence of Defendants.

23          d.       Answering paragraph d, the allegations contained within ¶d are legal conclusions

24   and arguments to which no response is required. To the extent that any further response is

25   required, Defendants deny such allegations.

26

27

28

-2-

DEFENDANTS JUSTIN JOURDAN, TIFFANY HILL, CRAIG BASSETT AND JEREMIAH
FEARS' ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT AND DEMAND
FOR A JURY TRIAL

## FACTS OF THE CASE

9.     Answering paragraph 9, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶9 and on that basis, deny such allegations.

10.     Answering paragraph 10, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶10 and on that basis, deny such allegations.

11.     Answering paragraph 11, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶11 and on that basis, denies such allegations.

12.     Answering paragraph 12, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶12 and on that basis, denies such allegations.

13.     Answering paragraph 13, admit that City of Corning police officers entered Plaintiff Hoffmann's motel room. Deny the remaining allegations contained within ¶13.

14.      Answering paragraph 14, deny.

15.     Answering paragraph 15, deny.

16.     Answering paragraph 16, deny.

17.     Answering paragraph 17, the allegations contained within ¶17 are legal conclusions and arguments to which no response is required. To the extent that any further response is required, Defendants deny such allegations.

18.     Answering paragraph 18, the allegations contained within ¶18 are legal conclusions and arguments to which no response is required. To the extent that any further response is required, Defendants deny such allegations.

19.     Answering paragraph 19, the allegations contained within ¶19 are legal conclusions and arguments to which no response is required. To the extent that any further response is required, Defendants deny such allegations.

DEFENDANTS JUSTIN JOURDAN, TIFFANY HILL, CRAIG BASSETT AND JEREMIAH FEARS' ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT AND DEMAND FOR A JURY TRIAL

20.     Answering paragraph 20, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶20 and on that basis, deny such allegations.

21.     Answering paragraph 21, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶21 and on that basis, deny such allegations.

22.     Answering paragraph 22, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶22 and on that basis, deny such allegations.

23.     Answering paragraph 23, the allegations contained within ¶23 are legal conclusions and arguments to which no response is required. To the extent that any further response is required, Defendants deny such allegations.

24.     Answering paragraph 24, the allegations contained within ¶24 are legal conclusions and arguments to which no response is required. To the extent that any further response is required, Defendants deny such allegations.

25.     Answering paragraph 25, Defendants admit that Plaintiff Hoffmann was taken into custody and transported to the emergency room where she continued to be combative towards police officers. Except as expressly admitted, deny the remaining allegations of ¶25.

26.     Answering paragraph 26, Defendants admit that Plaintiff is seeking damages. With the exception of said admission, Defendants expressly deny that Plaintiff has sustained any injury, damage, or loss by reason of any act, omission, or negligence of Defendants, and further expressly deny that Plaintiff was or will be damaged in any sum or sums whatsoever, or at all.

**FIRST CAUSE OF ACTION AGAINST DEFENDANTS JOURDAN, HILL, BASSETT, AND FEARS FOR UNLAWFUL DETENTION**

27.     In response to the allegations of ¶27, Defendants incorporate by reference, as though fully set forth herein, paragraphs 1 through 26, *supra*, inclusive.

28.     Answering paragraph 28, Defendants admit that the law cited speaks for itself and admits the content of the law not as necessarily alleged. With the exception of said admission,

DEFENDANTS JUSTIN JOURDAN, TIFFANY HILL, CRAIG BASSETT AND JEREMIAH
FEARS' ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT AND DEMAND
FOR A JURY TRIAL

1    Defendants deny each and every, all and singular, generally and specifically the allegations

2    contained therein.

3        29.    Answering paragraph 29, the allegations contained within ¶29 are legal

4    conclusions and arguments to which no response is required. To the extent that any further

5    response is required, Defendants deny such allegations.

6        30.    Answering paragraph 30, the allegations contained within ¶30 are legal

7    conclusions and arguments to which no response is required. To the extent that any further

8    response is required, Defendants deny such allegations.

9        31.    Answering paragraph 31, deny that Plaintiff had not committed any crime when

10   Defendants entered her motel room. The remaining allegations contained within ¶31 are legal

11   conclusions and arguments to which no response is required. To the extent that any further

12   response is required, Defendants deny such allegations.

13       32.    Answering paragraph 32, the allegations contained within ¶32 are legal

14   conclusions and arguments to which no response is required. To the extent that any further

15   response is required, Defendants deny such allegations.

16       33.    Answering paragraph 33, the allegations contained within ¶33 are legal

17   conclusions and arguments to which no response is required. To the extent that any further

18   response is required, Defendants deny such allegations. Defendants also expressly deny that

19   Plaintiff has sustained any injury, damage, or loss by reason of any act, omission, or negligence

20   of Defendants, and further expressly deny that Plaintiff was or will be damaged in any sum or

21   sums whatsoever, or at all.

22   **SECOND CAUSE OF ACTION AGAINST DEFENDANTS JOURDAN, HILL, BASSETT**

23   **AND FEARS FOR EXCESSIVE FORCE**

24       34.    In response to the allegations of ¶34, Defendants incorporate by reference, as

25   though fully set forth herein, paragraphs 1 through 33, *supra*, inclusive.

26       35.    Answering paragraph 35, the allegations contained within ¶35 are legal

27   conclusions and arguments to which no response is required. To the extent that any further

28   response is required, Defendants deny such allegations.

DEFENDANTS JUSTIN JOURDAN, TIFFANY HILL, CRAIG BASSETT AND JEREMIAH
FEARS' ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT AND DEMAND
FOR A JURY TRIAL

36.     Answering paragraph 36, the allegations contained within ¶36 are legal conclusions and arguments to which no response is required. To the extent that any further response is required, Defendants deny such allegations.

37.     Answering paragraph 37, the allegations contained within ¶37 are legal conclusions and arguments to which no response is required. To the extent that any further response is required, Defendants deny such allegations.

38.     Answering paragraph 38, the allegations contained within ¶38 are legal conclusions and arguments to which no response is required. To the extent that any further response is required, Defendants deny such allegations.

39.     Answering paragraph 39, the allegations contained within ¶39 are legal conclusions and arguments to which no response is required. To the extent that any further response is required, Defendants deny such allegations.

40.     Answering paragraph 40, the allegations contained within ¶40 are legal conclusions and arguments to which no response is required. To the extent that any further response is required, Defendants deny such allegations. Defendants also expressly deny that Plaintiff has sustained any injury, damage, or loss by reason of any act, omission, or negligence of Defendants, and further expressly deny that Plaintiff was or will be damaged in any sum or sums whatsoever, or at all.

**THIRD CAUSE OF ACTION AGAINST DEFENDANTS JOURDAN, HILL, BASSETT, AND FEARS FOR ARREST WITHOUT PROBABLE CAUSE**

41.     In response to the allegations of ¶41, Defendants incorporate by reference, as though fully set forth herein, paragraphs 1 through 40 *supra*, inclusive.

42.     Answering paragraph 42, the allegations contained within ¶42 are legal conclusions and arguments to which no response is required. To the extent that any further response is required, Defendants deny such allegations.

43.     Answering paragraph 43, the allegations contained within ¶43 are legal conclusions and arguments to which no response is required. To the extent that any further response is required, Defendants deny such allegations.

DEFENDANTS JUSTIN JOURDAN, TIFFANY HILL, CRAIG BASSETT AND JEREMIAH FEARS' ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT AND DEMAND FOR A JURY TRIAL

44.     Answering paragraph 44, the allegations contained within ¶44 are legal conclusions and arguments to which no response is required. To the extent that any further response is required, Defendants deny such allegations.

45.     Answering paragraph 45, the allegations contained within ¶45 are legal conclusions and arguments to which no response is required. To the extent that any further response is required, Defendants deny such allegations.

46.     Answering paragraph 46, the allegations contained within ¶46 are legal conclusions and arguments to which no response is required. To the extent that any further response is required, Defendants deny such allegations.

47.     Answering paragraph 47, the allegations contained within ¶47 are legal conclusions and arguments to which no response is required. To the extent that any further response is required, Defendants deny such allegations. Defendants also expressly deny that Plaintiff has sustained any injury, damage, or loss by reason of any act, omission, or negligence of Defendants, and further expressly deny that Plaintiff was or will be damaged in any sum or sums whatsoever, or at all.

**FOURTH CAUSE OF ACTION AGAINST DEFENDANTS JOURDAN, HILL, BASSETT, AND FEARS FOR FALSE IMPRISONMENT**

48.     In response to the allegations of ¶48, Defendants incorporate by reference, as though fully set forth herein, paragraphs 1 through 47 *supra*, inclusive.

49.     Answering paragraph 49, the allegations contained within ¶49 are legal conclusions and arguments to which no response is required. To the extent that any further response is required, Defendants deny such allegations.

50.     Answering paragraph 50, the allegations contained within ¶50 are legal conclusions and arguments to which no response is required. To the extent that any further response is required, Defendants deny such allegations.

51.     Answering paragraph 51, the allegations contained within ¶51 are legal conclusions and arguments to which no response is required. To the extent that any further response is required, Defendants deny such allegations. Defendants also expressly deny that

DEFENDANTS JUSTIN JOURDAN, TIFFANY HILL, CRAIG BASSETT AND JEREMIAH FEARS' ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT AND DEMAND FOR A JURY TRIAL

1    Plaintiff has sustained any injury, damage, or loss by reason of any act, omission, or negligence

2    of Defendants, and further expressly deny that Plaintiff was or will be damaged in any sum or

3    sums whatsoever, or at all.

4         52.    Answering paragraph 52, the allegations contained within ¶52 are legal

5    conclusions and arguments to which no response is required. To the extent that any further

6    response is required, Defendants deny such allegations. Defendants also expressly deny that

7    Plaintiff has sustained any injury, damage, or loss by reason of any act, omission, or negligence

8    of Defendants, and further expressly deny that Plaintiff was or will be damaged in any sum or

9    sums whatsoever, or at all.

10

11   **FIFTH CAUSE OF ACTION AGAINST DEFENDANTS JOURDAN, HILL, AND
BASSETT FOR ASSAULT**

12        53.    In response to the allegations of ¶53, Defendants incorporate by reference, as

13   though fully set forth herein, paragraphs 1 through 52 *supra*, inclusive.

14        54.    Answering paragraph 54, the allegations contained within ¶54 are legal

15   conclusions and arguments to which no response is required. To the extent that any further

16   response is required, Defendants deny such allegations.

17        55.    Answering paragraph 55, the allegations contained within ¶55 are legal

18   conclusions and arguments to which no response is required. To the extent that any further

19   response is required, Defendants deny such allegations.

20        56.    Answering paragraph 56, the allegations contained within ¶56 are legal

21   conclusions and arguments to which no response is required. To the extent that any further

22   response is required, Defendants deny such allegations.

23        57.    Answering paragraph 57, the allegations contained within ¶57 are legal

24   conclusions and arguments to which no response is required. To the extent that any further

25   response is required, Defendants deny such allegations. Defendants also expressly deny that

26   Plaintiff has sustained any injury, damage, or loss by reason of any act, omission, or negligence

27   of Defendants, and further expressly deny that Plaintiff was or will be damaged in any sum or

28   sums whatsoever, or at all.

DEFENDANTS JUSTIN JOURDAN, TIFFANY HILL, CRAIG BASSETT AND JEREMIAH
FEARS' ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT AND DEMAND
FOR A JURY TRIAL

58.     Answering paragraph 58, the allegations contained within ¶58 are legal conclusions and arguments to which no response is required. To the extent that any further response is required, Defendants deny such allegations. Defendants also expressly deny that Plaintiff has sustained any injury, damage, or loss by reason of any act, omission, or negligence of Defendants, and further expressly deny that Plaintiff was or will be damaged in any sum or sums whatsoever, or at all.

## SIXTH CAUSE OF ACTION AGAINST DEFENDANTS JOURDAN, HILL, AND BASSETT FOR BATTERY

59.     In response to the allegations of ¶59, Defendants incorporate by reference, as though fully set forth herein, paragraphs 1 through 58 *supra*, inclusive.

60.     Answering paragraph 60, the allegations contained within ¶60 are legal conclusions and arguments to which no response is required. To the extent that any further response is required, Defendants deny such allegations.

61.     Answering paragraph 61, the allegations contained within ¶61 are legal conclusions and arguments to which no response is required. To the extent that any further response is required, Defendants deny such allegations.

62.     Answering paragraph 62, the allegations contained within ¶62 are legal conclusions and arguments to which no response is required. To the extent that any further response is required, Defendants deny such allegations. Defendants also expressly deny that Plaintiff has sustained any injury, damage, or loss by reason of any act, omission, or negligence of Defendants, and further expressly deny that Plaintiff was or will be damaged in any sum or sums whatsoever, or at all.

63.     Answering paragraph 63, the allegations contained within ¶63 are legal conclusions and arguments to which no response is required. To the extent that any further response is required, Defendants deny such allegations. Defendants also expressly deny that Plaintiff has sustained any injury, damage, or loss by reason of any act, omission, or negligence of Defendants, and further expressly deny that Plaintiff was or will be damaged in any sum or sums whatsoever, or at all.

DEFENDANTS JUSTIN JOURDAN, TIFFANY HILL, CRAIG BASSETT AND JEREMIAH FEARS' ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT AND DEMAND FOR A JURY TRIAL

**SEVENTH CAUSE OF ACTION AGAINST DEFENDANTS JOURDAN, HILL, SGT. BASSETT, SGT. FEARS FOR INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**

64.     The allegations contained in paragraphs 64-69, inclusive, pertain to the intentional infliction of emotional distress claim which has been dismissed by the Court and thus no response is required. To the extent that any further response is required, Defendants deny such allegations.

**EIGHTH CAUSE OF ACTION AGAINST DEFENDANTS FOR NEGLIGENCE**

65.     The allegations contained in paragraphs 70-76, inclusive, pertain to the negligence claim which has been dismissed by the Court and thus no response is required. To the extent that any further response is required, Defendants deny such allegations.

**NINTH CAUSE OF ACTION AGAINST DEFENDANTS FOR FAILURE TO SUPERVISE AND DISCIPLINE**

66.     The allegations contained in paragraphs 77-84, inclusive, pertain to the failure to supervise and discipline claim which has been dismissed by the Court and thus no response is required. To the extent that any further response is required, Defendants deny such allegations.

**TENTH CAUSE OF ACTION AGAINST DEFENDANTS FOR FAILURE TO TRAIN**

67.     The allegations contained in paragraphs 85-92, inclusive, pertain to the failure to train claim which has been dismissed by the Court and thus no response is required. To the extent that any further response is required, Defendants deny such allegations.

**ELEVENTH CAUSE OF ACTION AGAINST DEFENDANTS FOR VIOLATION OF CALIFORNIA CIVIL CODE SECTION 52.1**

68.     The allegations contained in paragraphs 93-101, inclusive, pertain to the Civil Code section 52.1 claim which has been dismissed by the Court and thus no response is required. To the extent that any further response is required, Defendants deny such allegations.

///

///

-10-

DEFENDANTS JUSTIN JOURDAN, TIFFANY HILL, CRAIG BASSETT AND JEREMIAH FEARS' ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT AND DEMAND FOR A JURY TRIAL

## **AFFIRMATIVE DEFENSES**

1.     That at all times mentioned in the Third Amended Complaint on file herein, and immediately prior thereto, Defendants acted in good faith;

2.     Defendants contend that plaintiff willingly, voluntarily, and knowingly assumed each and every and all the risks and hazards involved in the activities referred to in the Third Amended Complaint;

3.     That Plaintiff's claims are barred by the doctrines of collateral estoppel and/or res judicata;

4.     Defendants assert that if Defendants are adjudged, decreed, or otherwise determined to be liable to Plaintiff, then in that event, Defendants will be entitled to apportion the degree of their fault or responsibility for said incident attributable to the Plaintiff or to any other defendants named herein or yet to be named.  The amount of damages attributable to these answering Defendants is to be abated, reduced, or eliminated to the extent that the Plaintiff's own negligence, or the negligence of any other defendant, contributed to the Plaintiff's claimed damages, if any there were.  This apportionment of damages is to be administered in accordance with the principles of equity and pursuant to the doctrine of comparative negligence and pursuant to Civil Code Section 1431.2;

5.     Defendants assert that the allegations contained in Plaintiff's Third Amended Complaint do not rise to the level of a constitutional violation;

6.     Defendants assert that Plaintiff was given, or had available to her, available due process for each of the alleged deprivations of their constitutional rights and have therefore failed to state a claim upon which relief can be granted under 42 USC Section 1983;

7.     Defendants contend that the Plaintiff has failed to mitigate her damages, if any there are;

8.     Defendants contend that the Third Amended Complaint, and each alleged cause of action therein, failed to allege facts sufficient to constitute a cause of action against these answering Defendants;

DEFENDANTS JUSTIN JOURDAN, TIFFANY HILL, CRAIG BASSETT AND JEREMIAH
FEARS' ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT AND DEMAND
FOR A JURY TRIAL

9.     That the Third Amended Complaint fails to state a claim against these answering Defendants upon which relief can be granted;

10.     Defendants assert that they are immune from liability as a result of executive and/or legislative and/or judicial immunity under the common law, United States statutes, and the opinions of the State and Federal Courts interpreting these laws;

11.     Defendants claim and plead the immunities from liability for any and all injuries and damages alleged in the Third Amended Complaint on file herein, the defenses and all rights granted to them, and each of them, by virtue of the provision of California Government Code sections 810-996.6, inclusive;

12.     That the Defendants are immune from liability by reason of the provisions of the California Penal Code, including but not limited to Sections 834a, 835, 835a, 836, 836.5, 847 and Civil Code Section 43.55;

13.     That at all times mentioned in the Third Amended Complaint on file herein, and immediately prior thereto, Defendants acted in self- defense and in defense of others;

14.     That at all times mentioned in the Third Amended Complaint on file herein, and immediately prior to, Defendants acted with probable cause;

15.     Defendants contend that they are not vicariously liable for any act or omission of another person by way of *respondeat superior* or otherwise;

16.     That Plaintiff lacks standing to bring her claims;

17.     Defendant claims all defenses and immunities provided by the United States Code Section sued upon by the Plaintiff and any code sections related thereto or cases coming thereunder;

18.      Defendants assert that the Plaintiff's prayer for exemplary and punitive damages violates Defendants' right to procedural due process under the Fourteenth Amendment of the United States Constitution and the Constitution of the State of California and therefore fails to state a cause of action for which either exemplary or punitive damages can be awarded;

19.     Defendants assert that the Plaintiff's prayer for exemplary and punitive damages violates Defendants' right to protection from "excessive fines" as provided in the Eight

DEFENDANTS JUSTIN JOURDAN, TIFFANY HILL, CRAIG BASSETT AND JEREMIAH FEARS' ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT AND DEMAND FOR A JURY TRIAL

Amendment to the United States Constitution and Article 1 Section 17 of the Constitution to the State of California and violates Defendants' right to substantive due process as provided in the Fifth and Fourteenth Amendments to the United States Constitution and the California Constitution, and therefore fails to state a cause of action for punitive or exemplary damages;

20.     Defendants assert that at all times mentioned in the Third Amended Complaint, and immediately prior thereto, Defendants and each of them, were entitled to qualified and statutory immunity;

21.     Defendants assert that, at all times mentioned in the Third Amended Complaint and immediately prior thereto, any force which was used on the Plaintiff was reasonable under the circumstances;

22.     Defendants assert that Plaintiff's claims are barred under the theory of equitable estoppel;

23.     Defendants assert that Plaintiff's claims are barred from relief pursuant to the doctrine of unclean hands;

24.     That the Third Amended Complaint fails to state facts sufficient to constitute a cause of action against these answering Defendants for punitive damages; and

25.     Defendants contend that they cannot fully anticipate all affirmative defenses that may be applicable to this action based upon the conclusionary terms used in Plaintiff's Complaint.  Accordingly, Defendants expressly reserve the right to assert additional affirmative defenses if and to the extent that such affirmative defenses become applicable.

WHEREFORE, Defendants pray:

1.     That Plaintiff's Third Amended Complaint be dismissed in its entirety without leave to amend and that Plaintiff take nothing by way of her Third Amended Complaint;

2.     That Defendants be henceforth dismissed from this matter with prejudice;

3.     That judgment be entered in favor of Defendants and against Plaintiff;

4.     That Defendants be awarded attorney's fees and costs of suit incurred under and by virtue of the laws stated above;

DEFENDANTS JUSTIN JOURDAN, TIFFANY HILL, CRAIG BASSETT AND JEREMIAH
FEARS' ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT AND DEMAND
FOR A JURY TRIAL

1         5.      For such other and further relief as the Court deems just and proper.

2    Dated:  October 5, 2016                ANGELO, KILDAY & KILDUFF, LLP

3                        */s/ Kevin J. Dehoff*

4                    By:_____

5                        KEVIN J. DEHOFF
                    Attorney for Defendants JUSTIN

6                        JOURDAN, TIFFANY HILL, CRAIG
                    BASSETT, and JEREMIAH FEARS

7

8

9                      **<u>DEMAND FOR A JURY TRIAL</u>**

10   Defendants respectfully demand that all issues of fact be tried herein by and before a jury.

11

12   Dated:  October 5, 2016                ANGELO, KILDAY & KILDUFF, LLP

13

14                       */s/ Kevin J. Dehoff*
                By:_____

15                       KEVIN J. DEHOFF
                    Attorney for Defendants JUSTIN

16                       JOURDAN, TIFFANY HILL, CRAIG
                    BASSETT, and JEREMIAH FEARS

17

18

19

20

21

22

23

24

25

26

27

28

-14-

DEFENDANTS JUSTIN JOURDAN, TIFFANY HILL, CRAIG BASSETT AND JEREMIAH
FEARS' ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT AND DEMAND
FOR A JURY TRIAL

1 COURT:            USDC – Eastern District
2 CASE NO.          *2:14-cv-02736-MCE-KJN*
  CASE NAME:        *Hoffmann v. Corning PD*
3
                    **PROOF OF SERVICE**
4
       I am a citizen of the United States, employed in the County of Sacramento, State of
5 California.  My business address is 601 University Avenue, Suite 150, Sacramento, California
  95825.  I am over the age of 18 years and not a party to the above-entitled action.
6
       On October 5, 2016, I caused the within **DEFENDANTS JUSTIN JOURDAN,**
7 **TIFFANY HILL, CRAIG BASSETT AND JEREMIAH FEARS' ANSWER TO**
  **PLAINTIFF'S THIRD AMENDED COMPLAINT AND DEMAND FOR A JURY TRIAL**
8 the original of which was produced on recycled paper, to be served via

9 ☒        MAIL ---
       I am readily familiar with Angelo, Kilday & Kilduff's practice for collection and
10 processing of correspondence for mailing with the United States Postal Service.  Pursuant to said
   practice, each document is placed in an envelope, the envelope is sealed, the appropriate postage
11 is placed thereon and the sealed envelope is placed in the office mail receptacle.  Each day's mail
   is collected and deposited in a U.S. mailbox at or before the close of each day's business.  (Code
12 Civ. Proc. section 1013a(3)) or Fed.R.Civ.P. 5(a) and 4.1; USDC (E.D. CA) L.R. 5-135(a).)
13       I placed in the United States Mail at Sacramento, California in an envelope with postage
   thereon fully prepaid addressed as follows:
14
15  Robin Lee Hoffmann
16  2656 ½ La Cienega Avenue
    Los Angeles, CA  90034
17
18       I declare that I am employed in the office of a member of the bar of this Court at whose
   direction the service was made. I declare under penalty of perjury under the laws of the United
19 States of America that the above is true and correct.

20       Executed on October 5, 2016 at Sacramento, California.
21
22                                    */s/ Melanie Fitzpatrick*
                                      MELANIE FITZPATRICK
23
24
25
26
27
28

-15-
DEFENDANTS JUSTIN JOURDAN, TIFFANY HILL, CRAIG BASSETT AND JEREMIAH
FEARS' ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT AND DEMAND
FOR A JURY TRIAL