UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN LEE HOFFMANN, | No. 2:14-cv-2736 MCE KJN P |
| Plaintiff, | |
| v. | ORDER |
| CORNING POLICE DEPARTMENT, et al., | |
| Defendants. | |

Plaintiff is a former county jail inmate, proceeding pro se. On November 20, 2017, plaintiff filed a motion to continue the hearing on defendants' motion to dismiss, as well as the deadlines for filing pretrial statements and the pretrial conference, due to medical reasons. Plaintiff is scheduled for more surgery to her left eye orbital injury on December 22, 2017, and to prevent risk of fibromyalgia flare-up or have any delay of her necessary surgery, her treating doctor suggests she focus on her medical responsibilities until the second week of January 2018. (ECF No. 90 at 3.)

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for continuance (ECF No. 90) is granted;

2. Hearing on defendants' motion to dismiss (ECF No. 87) is continued from December 14, 2017, until January 11, 2018, at 10:00 a.m., in Courtroom #25 before the undersigned; and

1

3. The November 7, 2017 further scheduling order (ECF No. 86) is vacated; the pretrial statement and pretrial conference dates will be rescheduled following resolution of defendants' motion to dismiss.

Dated: November 29, 2017

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/hoff2736.con