| 1 | |
|---|---|
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | UNITED STATES DISTRICT COURT |
| 9 | FOR THE EASTERN DISTRICT OF CALIFORNIA |
| 10 | |

| | |
|---|---|
| 11 | ROBIN LEE HOFFMANN,                    No.  2:14-cv-2736 MCE KJN P |
| 12 |                Plaintiff, |
| 13 |        v.                              ORDER |
| 14 | CORNING POLICE DEPARTMENT, et al., |
| 15 | |
| 16 |                Defendants. |
| 17 | |

18    Plaintiff is a former county jail inmate, proceeding pro se.  On October 18, 2017, plaintiff

19 filed objections to the magistrate judge's August 29, 2017 order, denying without prejudice

20 defendants' motion to exclude plaintiff's expert witness, but requiring plaintiff to bear the costs of

21 her expert's deposition.  The undersigned construes her filing as a request for reconsideration.

22    During the August 24, 2017 hearing on defendants' motion, the magistrate judge

23 addressed defendants' motion in light of plaintiff's failure to provide an expert report with her

24 expert disclosure, as well as plaintiff's failure to file an opposition to the motion.  ECF No. 69 at

25 5.  The magistrate judge offered to level the playing field by having plaintiff bear the costs of her

26 expert's deposition, rather than excluding the expert witness.  "Plaintiff agreed."  ECF No. 69 at

27 5.  Despite such agreement, on October 18, 2017, plaintiff filed an objection to the order to

28 produce plaintiff's expert witness for deposition at plaintiff's expense.  ECF No. 78.  Plaintiff

1

claims that this is burdensome and prejudicial, and argues that Rule 26(b)(4) requires the other

party to pay the expert a reasonable fee for the time spent in responding to discovery and also to

pay the other party a fair portion of the fees and expenses it reasonably incurred in obtaining the

expert's facts and opinions.  ECF No. 78 at 2.  Plaintiff claims she has acquired $8,000 in credit

card debt and has an outstanding balance of an additional $7,000 to her expert, Dr. Lieberman,

who recently raised the deposition fee by $3,000, for a total of $18,000 for the deposition by the

defense.  ECF No. 78 at 2.

Local Rule 303 provides:

> Rulings by Magistrate Judges pursuant to this Rule shall be final if no reconsideration thereof is sought from the Court within fourteen (14) days calculated from the date of service of the ruling on the parties, unless a different time is prescribed by the Magistrate Judge or the Judge.

E.D. L.R. 303(b).

Here, plaintiff's request for reconsideration was filed 51 days after the magistrate judge

issued his order on August 28, 2017.  Plaintiff's request is untimely and is denied.

Accordingly, IT IS HEREBY ORDERED that plaintiff's objections (ECF No. 78),

construed as a request for reconsideration, is DENIED.

IT IS SO ORDERED.

Dated:  December 4, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE