UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN LEE HOFFMAN, | No. 2:14-cv-2736 MCE KJN P |
| Plaintiff, | |
| v. | ORDER |
| JUSTIN JOURDAN, et al., | |
| Defendants. | |

Defendants filed a response to the court's order directing the parties to meet and confer and, if appropriate, request a settlement conference. (ECF No. 107.) In light of the delay in receiving Medicare billing information, the parties are granted an additional thirty days from the date of this order in which to advise whether this matter should be set for settlement conference as required by the January 12, 2018 order.

Neither party has consented to the jurisdiction of a magistrate judge under 28 U.S.C. § 636(c). Upon review of the attachments to defendants' response,[1] the parties are reminded that at the present time, this action is assigned to the Honorable Morrison C. England, Jr., United States District Judge, for trial. In light of such assignment, plaintiff must decide whether she will agree to have the undersigned participate in the settlement conference, and waive any claim of

---

[1] It appears that defendants did not allow plaintiff to delay the payment of sanctions pending settlement negotiations. If this is not the case, defendants should so inform the court.

disqualification of the assigned Magistrate Judge on that basis thereafter. Such waiver is not construed as consent to the Magistrate Judge's jurisdiction under 28 U.S.C. § 636(c)(1). Plaintiff is not required to agree to have the undersigned participate in the settlement conference, but may request that the settlement conference be assigned to a different Magistrate Judge.

Good cause appearing, IT IS HEREBY ORDERED that the parties are granted thirty days from the date of this order in which to advise whether this matter should be set for settlement conference.

Dated: January 31, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/hoff2736.36