UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN LEE HOFFMANN,<br><br>Plaintiff,<br><br>v.<br><br>JUSTIN JOURDAN, et al.,<br><br>Defendants. | No. 2:14-cv-2736 MCE KJN P<br><br><br><br>ORDER |

On December 16, 2019, plaintiff, proceeding pro se, requested that this action be dismissed.

Accordingly, IT IS HEREBY ORDERED that defendants notify this court, within seven days, whether they have any objection to the dismissal of this action. Should defendants fail to respond, plaintiff's request will be granted pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: December 19, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/hoff2736.59a

1